# Exhibit 1

**Int. Cls.: 9, 38, and 41**

**Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, 101, 104, and 107**

**Reg. No. 3,280,422**

**United States Patent and Trademark Office**    Registered Aug. 14, 2007

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

# ROBLOX

ROBLOX CORPORATION (DELAWARE COR-
PORATION)
221 ERICA WAY
PORTOLA VALLEY, CA 94028

FOR: VIDEO GAME SOFTWARE; COMPUTER SOFTWARE FOR INTERACTIVE GAMES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-0-2005; IN COMMERCE 7-0-2005.

FOR: PROVIDING ONLINE CHAT ROOMS FOR EXCHANGE OF MESSAGES AMONG USERS OF COMPUTERS AND OTHER DEVICES CONCERNING TOPICS RELATED TO INTERACTIVE GAMES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 8-0-2006; IN COMMERCE 8-0-2006.

FOR: ENTERTAINMENT SERVICES, NAMELY PROVIDING AN INTERACTIVE GAME VIA ELECTRONIC AND OPTICAL COMMUNICATIONS NETWORKS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 7-0-2005; IN COMMERCE 7-0-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-392,717, FILED 3-29-2004.

BARBARA RUTLAND, EXAMINING ATTORNEY

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Monday, September 11, 2017 11:02 PM |
| **To:** | XXXX |
| **Subject:** | Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 3280422: ROBLOX: Docket/Reference No. 30663-TM1001 |

**U.S. Serial Number:** 78392717
**U.S. Registration Number:** 3280422
**U.S. Registration Date:** Aug 14, 2007
**Mark:** ROBLOX
**Owner:** Roblox Corporation


Sep 11, 2017

### NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

### NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
009, 038, 041


TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500


### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=78392717&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=78392717&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

*   **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

# United States of America
## United States Patent and Trademark Office

# R■BLOX

**Reg. No. 5,466,424**

**Registered May 08, 2018**

**Amended Apr. 29, 2025**

**Int. Cl.: 9, 41**

**Service Mark**

**Trademark**

**Principal Register**

Roblox Corporation  (DELAWARE CORPORATION)
3150 S. Delaware St.
San Mateo, CALIFORNIA 94403

CLASS 9: Interactive entertainment software, namely, computer and video game software; downloadable computer software, namely, computer and video game software; electronic downloadable publications in the nature of manuals and user guides in the field of computer software; data recorded electronically from the Internet, namely, downloadable audio files and downloadable video recordings featuring computer and video game play; applications downloadable from a website, namely, downloadable computer and video game software; electronic game programs; software for downloading, transmitting, receiving, providing, publishing, extracting, encoding, decoding, reading, storing and organizing audiovisual, video-graphic and written data, namely, software for managing computer and video games for use in social networking; computer software for gathering, processing, monitoring, analyzing, managing and reporting information, namely, database management software; [ and computer antivirus software; ] computer software for gathering, processing, monitoring, analyzing, managing and reporting information concerning usage and performance of software, computer software applications, computer and video games, websites, virtual worlds and audio visual content for use in the field of computer software design and computer game programming; computer software for gathering, processing, analyzing, managing and reporting information concerning online, Internet and web site activity, namely, database management software; [ and computer antivirus software; ] electronic notice boards; computer game software for use on mobile telephones; [ fitted plastic covers known as skins for protecting mobile telephones, mobile telephone cases and mobile telephone covers; ] pre-paid gift [ and debit ] cards that are magnetically encoded; computer software to enable uploading, downloading, accessing, posting, displaying, editing and blogging of electronic media and information via computer and communication networks; software for sending and receiving electronic messages, graphics, images and audio and audio visual content via global communication networks; computer software for the collection, editing, organizing, modifying, transmission, storage and sharing of data and information; computer software for editing, modifying, compiling, storing and sharing video [ ; virtual reality headsets ]

FIRST USE 1-10-2017; IN COMMERCE 1-10-2017

CLASS 41: Entertainment and education services, namely, providing online electronic, computer and video games by means of the Internet; online video and computer game services provided via a global computer network; organizing computer and video game competitions; providing non-downloadable games and educational entertainment services, namely, providing online computer games and providing temporary use of non-downloadable video games; education and entertainment services provided by computer networks, television, mobile telephone, cable and other electronic means,



Acting Director of the United States Patent and Trademark Office



namely, providing online computer games; [ entertainment services, namely, preparation of special effects and editing and production of cinematographic, televisual, digital and motion picture films, radio and television programs; ] multimedia publishing of computer and video games and computer and video games software; multimedia publishing of entertainment and educational software; arranging, organizing and conducting conferences and seminars about computer software and video games for educational purposes; entertainment services in the form of a continuing program about computer and video games accessible via television, radio, cable, satellite and Internet; [ production and presentation of television programs, radio shows, films and videos about computer and video games; ] providing a website featuring online non-downloadable computer and video game software; providing online computer and video games; [ magazine and newspaper publishing; ] organization, production and presentation of events for educational, cultural and entertainment purposes, namely, organizing and conducting computer game competitions and educational conventions; organizing computer games for education purposes; providing Internet-based games, namely, providing online computer games and providing online video games; providing information, advisory and consultancy services in connection with the aforementioned services; educational services relating to entertainment, namely, providing entertainment information about online non-downloadable computer and video games; providing on-line information about entertainment and education from a computer database accessible via the Internet, communications satellite and microwave transmission

FIRST USE 1-10-2017; IN COMMERCE 1-10-2017

The mark consists of the wording "ROBLOX" in stylized font whereby each letter "O" is represented by a concentric square design and the first letter "O" is angled.

OWNER OF U.S. REG. NO. 4063635, 3280422

SER. NO. 87-977,012, FILED 02-23-2017

# United States of America
### United States Patent and Trademark Office

# ROBLOX

**Reg. No. 6,024,416**

**Registered Mar. 31, 2020**

**Int. Cl.: 9, 28, 41**

**Service Mark**

**Trademark**

**Principal Register**

Roblox Corporation  (DELAWARE CORPORATION)
970 Park Place
San Mateo, CALIFORNIA 94403

CLASS 9: interactive entertainment software, namely, computer and video game software; downloadable computer software, namely, computer and video game software; electronic downloadable publications in the nature of manuals and user guides in the field of computer software; data recorded electronically from the internet, namely, downloadable audio files and downloadable video recordings featuring computer and video game play; applications downloadable from a website, namely, downloadable computer and video game software; electronic game programs; software for downloading, transmitting, receiving, providing, publishing, extracting, encoding, decoding, reading, storing and organizing audiovisual, video-graphic and written data, namely, software for managing computer and video games for use in social networking; computer software for gathering, processing, monitoring, analyzing, managing and/or reporting information, namely, database management software; computer software for gathering, processing, monitoring, analyzing, managing and reporting information concerning usage and performance of software, computer software applications, computer and video games, websites, virtual worlds and audio visual content for use in the field of computer software design and computer game programming; computer software for gathering, processing, analyzing, managing and reporting information concerning online, internet and web site activity, namely, database management software; electronic notice boards; computer game software for use on mobile telephones; pre-paid gift and debit cards that are magnetically encoded; computer software to enable uploading, downloading, accessing, posting, displaying, editing and blogging of electronic media and information via computer and communication networks; software for sending and receiving electronic messages, graphics, images, audio and audio visual content via global communication networks; computer software for the collection, editing, organizing, modifying, transmission, storage and sharing of data and information

FIRST USE 5-26-2011; IN COMMERCE 5-26-2011

CLASS 28: toys, namely, toy vehicles, action figure toys, plastic character toys, rubber character toys; accessories for action figure toys; toy figures and accessories; toy cars; toy boxing playsets and accessories therefor; toy armor, namely, shields

FIRST USE 9-00-2011; IN COMMERCE 9-00-2011

CLASS 41: entertainment and education services, namely, providing online electronic, computer and video games provided by means of the internet; online video and computer game services provided via a global computer network; organizing of games in the nature of computer and video game competitions; providing non-downloadable games and educational entertainment services, namely, providing online computer games, providing temporary use of non-downloadable video games; education and entertainment services provided by



Director of the United States
Patent and Trademark Office



computer networks, television, mobile telephone, cable and other electronic means, namely, providing online computer games; Multimedia publishing of computer and video games and computer and video games software; multimedia publishing of entertainment and educational software; arranging, organizing and conducting conferences and seminars about computer software and video games for educational purposes; entertainment services in the form of a continuing program about computer and video games accessible via television, radio, cable, satellite and internet; production and presentation of television programs, radio shows, films, and videos about computer and video games; providing a website featuring online non-downloadable computer and video game software; online computer and video games; educational services relating to entertainment, namely, providing entertainment information about online non-downloadable computer and video games; magazine and newspaper publishing; organization, production and presentation of events for educational, cultural and entertainment purposes, namely, organizing and conducting computer game competitions and educational conventions; organization, production and presentation of competitions, contests, games, game shows, quizzes, fun days, exhibitions, shows, roadshows, staged events, live performances and participation events, namely, organizing events in the field of computer games for education purposes; internet based games, namely, providing online computer games and providing online video games; information and advisory services relating to any of the aforesaid services; advisory and consultancy services in connection with the foregoing

FIRST USE 6-00-2005; IN COMMERCE 6-00-2005

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4063635, 3280422

SER. NO. 87-098,255, FILED 07-08-2016

# United States of America
## United States Patent and Trademark Office

# ROBLOX

**Reg. No. 6,200,694**

**Registered Nov. 17, 2020**

**Int. Cl.: 9, 16, 25**

**Trademark**

**Principal Register**

Roblox Corporation  (DELAWARE CORPORATION)
970 Park Place
San Mateo, CALIFORNIA 94403

CLASS 9: Downloadable fiction electronic books on a variety of topics; downloadable non-fiction electronic books on a variety of topics

FIRST USE 10-30-2018; IN COMMERCE 10-30-2018

CLASS 16: Printed fiction books on a variety of topics; printed non-fiction books on a variety of topics; stickers

FIRST USE 5-21-2019; IN COMMERCE 5-21-2019

CLASS 25: T-shirts; women's clothing, namely, shirts; sweatshirts

FIRST USE 6-00-2019; IN COMMERCE 6-00-2019

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3280422

SER. NO. 87-405,607, FILED 04-10-2017



Director of the United States
Patent and Trademark Office

